UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELINDA GONZALEZ,

    Plaintiff,

v.                                                    Case No. 8:20-cv-1489-TPB-AEP

R.C. TOWING & RECOVERY, INC., *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Anthony E. Porcelli, United States Magistrate Judge, entered on June 9, 2021. (Doc. 33). Judge Porcelli recommends that the "Joint Motion to Approve Settlement and Memorandum in Support Thereof" (Doc. 27) be granted and that the settlement be approved.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright,* 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error.

*Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon consideration of the record, including Judge Porcelli's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Porcelli's detailed and well-reasoned findings and conclusions, including that the settlement agreement constitutes a fair and reasonable compromise of the dispute. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Consequently, the joint motion to approve the settlement is granted, and the settlement agreement is approved.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Porcelli's report and recommendation (Doc. 33) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. The "Joint Motion to Approve Settlement and Memorandum in Support Thereof" (Doc. 27) is **GRANTED**. The settlement agreement (Doc. 27-1) is **APPROVED**.

3. This action is **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>17th</u> day of June, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**